Same case below, 2 A.3d 250.

Same case below, 395 Fed. Appx. 652.

**No. 10-7318. Daniel Nicherie, Petitioner v. United States.**

562 U.S. 1095, 131 S. Ct. 806, 178 L. Ed. 2d 539, 2010 U.S. LEXIS 9480.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 395 Fed. Appx. 338.

**No. 10-7323. Joshua Vandemark, Petitioner v. United States.**

562 U.S. 1095, 131 S. Ct. 806, 178 L. Ed. 2d 539, 2010 U.S. LEXIS 9484.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 386 Fed. Appx. 825.

**No. 10-7324. Delfino Reyes-Miranda, Petitioner v. United States.**

562 U.S. 1095, 131 S. Ct. 806, 178 L. Ed. 2d 539, 2010 U.S. LEXIS 9529.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 389 Fed. Appx. 981.

**No. 10-7330. Steve Hein, Petitioner v. United States.**

562 U.S. 1095, 131 S. Ct. 806, 178 L. Ed. 2d 539, 2010 U.S. LEXIS 9508.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7333. Jesse Lee Vardaro, Petitioner v. United States.**

562 U.S. 1096, 131 S. Ct. 807, 178 L. Ed. 2d 539, 2010 U.S. LEXIS 9527.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 390 Fed. Appx. 747.

**No. 10-7335. Reco Taylor, Petitioner v. United States, et al.**

562 U.S. 1096, 131 S. Ct. 807, 178 L. Ed. 2d 539, 2010 U.S. LEXIS 9474.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 394.

**No. 10-7337. Dameon Thomas, Petitioner v. United States.**

562 U.S. 1096, 131 S. Ct. 807, 178 L. Ed. 2d 539, 2010 U.S. LEXIS 9459.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 381 Fed. Appx. 495.

**No. 10-7339. Refugio Lopez, Petitioner v. United States.**

562 U.S. 1096, 131 S. Ct. 807, 178 L. Ed. 2d 539, 2010 U.S. LEXIS 9540.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 392 Fed. Appx. 245.